**LAW OFFICES OF
JONATHAN M. AVEN, LTD.**

Jonathan M. Aven
Attorney at Law

tel   312.251.8777

fax   312.726.3020

eFax  312.873.3859

email  avenlaw@aol.com

web   www.avenlaw.com

April 23, 2007

FAX TO: 773-588-7149            **AMENDED LETTER**

Peter Kalagis
Kalagis Law Firm, PC
3557 W. Peterson Ave. #122
Chicago, IL 60659

**Re:   Vincent Aguirre to Michael Fotopoulos
       2851 and 2853 N. Kedzie Ave., Chicago**

Dear Mr. Kalagis:

Please be advised we represent the Seller in connection with the sale of the above-referenced property.

As you may be aware, our client has been very patient with your client with regard to his attempted purchase of the above-captioned properties. In order to continue these transactions, your client needs to agree to the following:

1. Immediately pay current fees due to the City of Chicago pertaining to the liquor license, about $7500.00.
2. Provide proof of dram shop insurance and workman's comp. insurance.
3. Provide a deposit of $10,000.00 that will be deducted from the purchase price if and when closing occurs. This money is NON-REFUNDABLE and buyer has 60 days to close on the properties. Buyer has to secure a final mortgage commitment letter no later than 35 days after signed agreement. One extension of 5 business days will be granted, upon written request.
4. Buyer will pay $ 4000.00 a month rent starting the day agreement is signed. Rent will be prorated if month has already begun and buyer is responsible for any late fees accrued if rent is not paid on the first of the month.
5. All prior month's rent must be paid in full immediate.
6. Buyer is held liable for liquor license and hold seller harmless from same. If liquor license accrues any fines or penalties while under his lease agreement, buyer is responsible and has 30 days to satisfy amount due.

180 N. MICHIGAN AVE.

SUITE 2105

CHICAGO, ILLINOIS 60601